

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00176-CR

ANTONIO DERRANCE FLETCHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 27,610

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Antonio Derrance Fletcher appeals from his conviction of murder. The clerk's record was filed February 22, 2013, and the reporter's record was filed April 22, making the appellant's brief due May 23. Appellant's counsel filed two motions to extend the briefing deadline, which were granted, resulting in the current due date of July 15. Our communication to counsel advising him that his second request for an extension had been granted also warned that no more extensions would be granted. Undeterred, counsel has now filed a third motion to extend seeking an additional twenty-one days to file appellant's brief.

We have reviewed counsel's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before August 5, 2013.

IT IS SO ORDERED.


BY THE COURT

Date:   July 23, 2013


2